UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL   **JS-6**

| | |
|---|---|
| Case No. CV 12-6713-DMG (PJWx) | Date August 15, 2014 |

Title   Ora Hampton v. U.S. Bank, N.A., et al.

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed August 14, 2014, indicating that the case has settled in its entirety, this action is placed in inactive status.

By October 14, 2014 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of October 15, 2014.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. The Final Pretrial Conference on September 9, 2014 and Jury Trial on October 7, 2014 are hereby VACATED.

IT IS SO ORDERED.